# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **CHAD CHAFFIN,** *et al.* | § § § | |
| **v.** | § | NO. 4:23-CV-00774-BD |
| **AMERICAN VAN LINES, INC.** | § § § | |

## FINAL JUDGMENT

In accordance with the parties' consent to proceed before a United States Magistrate Judge, Dkt. 17; *see* 28 U.S.C. § 636(c), and the order entered on February 6, 2025, Dkt. 26, this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

All relief not previously granted is **DENIED**.

So **ORDERED** and **SIGNED** this 6th day of February, 2025.

_____
Bill Davis
United States Magistrate Judge